UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nolvin Waldemar Munoz Gonzalez,<br><br>Petitioner,<br><br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>Respondents. | Case No. 220-107-916 |

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nolvin Waldemar Munoz Gonzalez, ) <br> ) <br> Petitioner, ) <br> ) <br> ) <br> v ) <br> ) <br> PATRICIA HYDE, Field Office Director, ) <br> MICHAEL KROL, HSI New England Special ) <br> Agent in Charge, and TODD LYONS, Acting ) <br> Director U.S. Immigrations and Customs ) <br> Enforcement, and KRISTI NOEM, U.S. Secretary ) <br> of Homeland Security, ) <br> ) <br> Respondents. ) <br> ) | Case No. 220-107-916 <br><br> **MOTION TO DISMISS PETITION** <br> **FOR WRIT OF HABEAS CORPUS** |

Petitioner, Nolvin Waldemar Munoz Gonzalez, brings this Motion to Dismiss the Petition for writ of Habeas Corpus for the following reasons:

1. An Immigration Bond was granted to Petitioner by the Chelmsford Immigration Court on May 29, 2025.

2. As a result, Petitioner has been released on a bond of $2,500.00.

3. Currently Petitioner is no longer in Immigration and Customs Enforcement's (ICE) custody.

For the above-mentioned reasons this matter has become moot. Courts may dismiss a case under Federal Rule of Civil Procedure 12 (b)(1) for a lack of subject-matter jurisdiction, including mootness. A case is moot "if the court is not capable of providing any relief which will redress the alleged injury." *Gulf of Me. Fisherman's All. v. Daley,* 292 F. 3d. 84, 88 (1st Cir. 2002). Dismissals are governed generally by Federal Rule of Civil Procedure 41, which

1

says that a case can be dismissed after an answer is filed either by stipulation signed by both parties, or by the court. Since the parties no longer have a legally cognizable interest in the outcome, due that Petitioner has been released from ICE custody, Petitioner moves the court to dismiss his petition for writ of habeas corpus.

                                              Respectfully submitted,
                                              On behalf of the Petitioner

Date: 6/6/2025

                                              Jennifer Velarde, Esq.
                                              BBO# 686803
                                              P.O. Box 7653
                                              New Bedford, MA 02742
                                              attyvelarde@gmail.com
                                              (508) 996-0600

## CERTIFICATE OF SERVICE

    I hereby certify that on  June 6, 2025 , I electronically served the foregoing motion on Julian N. Canzoneri of the U.S. Attorney's Office for the District of Massachusetts, using the CM/ECF system.

_____
Jennifer Velarde, Esq.

June 6, 2025
_____
Date