UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Nolvin Waldemar Munoz-Gonzalez**
              Plaintiff

    V.

              CIVIL ACTION

              NO.  1:25-11394-GAO

**Patricia Hyde et al**

              Defendant

## ORDER OF DISMISSAL

O'TOOLE, D. J.

  In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 17) dated June 12, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                        By the Court,

6/12/2025                                         /s/ Flaviana de Oliveira
Date                                                Deputy Clerk